# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:23-CR-57 (MTT) |
| | ) |
| CHRISTOPHER THOMAS FORD, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The parties have jointly moved to continue this case until the next trial term. Doc. 20. The defendant was indicted on October 24, 2023, and had his arraignment in this Court on November 2, 2023. Docs. 1; 13. No prior continuances have been granted. The parties now move the Court to continue this case to the next trial term to allow additional time for the defendant to receive and review discovery, conduct any required investigations, or negotiate a potential resolution of the case. Doc. 20 ¶ 4.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 20) is **GRANTED**. The case is continued from the December term until the Court's next trial term presently scheduled for **January 8, 2024**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 7th day of November, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT