IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:23-CR-57 (MTT) |
| | ) |
| CHRISTOPHER THOMAS FORD, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The parties have jointly moved to continue this case until the next trial term. Doc. 30. The defendant was indicted on October 24, 2023, and had his arraignment in this Court on November 2, 2023. Docs. 1; 13. Two prior continuances have been granted. Docs. 21; 25. The parties now move the Court to continue this case to the next trial term to allow additional time for the defendant's pending psychiatric evaluation to be completed and for the parties to receive the written report. Doc. 30 ¶ 4.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 30) is **GRANTED**. The case is continued from the March term until the Court's next trial term presently scheduled for **April 22, 2024**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 13th day of February, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT