**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **CASE NO. 5:23-CR-57 (MTT)** |
| ) | |
| **CHRISTOPHER THOMAS FORD,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

The parties have jointly moved to continue this case until the next trial term.  Doc. 35.  The defendant was indicted on October 24, 2023, and had his arraignment in this Court on November 2, 2023.  Docs. 1; 13.  Three prior continuances have been granted.  Docs. 21; 25; 31.  The parties now move the Court to continue this case to the next trial term to allow additional time for the parties to receive the written report related to defendant's recent psychiatric evaluation.  Doc. 35 ¶ 4.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 35) is **GRANTED**.  The case is continued from the April term until the Court's next trial term presently scheduled for **July 22, 2024**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

**SO ORDERED**, this 28th day of March, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT